# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ROSWELL, NEW MEXICO

MAY 25 2016

MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. 16 MJ 2416 |
| Reynaldo Green-Acosta | ) |
| Gilberto Gonzalez | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/19/15 thru 07/28/15  in the county of  Chaves and Eddy  in the
District of  New Mexico , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846: (Green-Acosta & Gonzalez) | Conspiracy |
| 21 U.S.C. § 841: (Green-Acosta) | Possession with the intent to distribute approximately 80.69 grams of a mixture or substance containing a detectable amount of methamphetamine |
| 21 U.S.C. § 846: (Gonzalez) | Possession with the intent to distribute approximately 28 grams of a mixture or substance containing a detectable amount of methamphetamine |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph W. Gelinas, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/25/2016

*Judge's signature*

City and state:  Roswell, New Mexico   Joel M. Carson III, U. S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

### FIRST TRANSACTION

On March 19, 2015, agents from the Las Cruces Resident Office ("LCRO"), of the Drug Enforcement Administration ("DEA"), and the Pecos Valley Drug Task Force ("PVDTF") conducted surveillance of a prearranged meeting between an undercover ("UC") agent and Reynaldo Green-Acosta. Green agreed to sell an ounce of methamphetamine in exchange for $1,200. The UC was provided with an audio and video recorder, and $1,200.

As previously agreed, Green and the UC met in the Walmart store parking lot (604 North 26th Street, Artesia, New Mexico ("NM")). Green exited his vehicle and entered into the rear passenger seating compartment of the UC vehicle. Green briefly discussed the transaction with the UC prior to removing a clear plastic bag containing a white crystal substance from within a Crown Royal bag. Green provided the substance to the UC in exchange for $1,200. The UC asked Green if there was actually an ounce in the bag and Green stated yes. Green stated that is was pure and that there were a lot of big shards. The substance later field tested positive for the presence of methamphetamine and weighed approximately 24.69 grams. The weight includes the evidence packaging.

### SECOND TRANSACTION

On July 28, 2015, agents from the LCRO and the PVDTF conducted surveillance of a meeting between the UC and Green.

Prior to the transaction, the UC had negotiated the purchase of three ounces of methamphetamine from Green in exchange for $3,000. The UC was provided with $3,000 and an audio and video recorder.

At approximately 6:07 p.m., the UC met with Green at the Albertson's parking lot (1100 South Main Street, Roswell, NM). The UC exited the UC vehicle and met with Green at Green's vehicle, a black Ford F-150 pickup. Green provided the UC with a Crown Royal bag. Inside the same bag, the UC observed a clear knotted plastic bag that contained approximately one ounce (28 grams) of a white crystal substance. The substance later field tested positive for the presence of methamphetamine and found to weigh approximately 57.2 grams with the additional weight of the evidence packaging.

Green told the UC he was unable to produce the three ounces of methamphetamine and had only brought one ounce to the meeting. Green agreed to sell the one ounce of methamphetamine for $900. Green agreed to meet the UC later time that evening to sell the UC the second ounce of methamphetamine.

Upon completion of the transaction, agents continued to surveil Green. The surveilling agents observed Green depart the Albertson's parking lot and travel to Dexter, NM.

United States of America v. Reynaldo Green-Acosta and Gilberto Gonzalez

### THIRD TRANSACTION

On July 28, 2015, agents from the LCRO and the PVDTF conducted surveillance of a meeting between the UC, Green and Gilberto Gonzalez

At approximately 8:40 p.m., Green contacted the UC and stated that he was on his way to meet the UC to deliver the second ounce. Green explained that his source of supply was following him (Green).

At approximately 9:00 p.m., the UC arrived at the Alon Gas Station (1910 West Main Street, Artesia, NM) and Green arrived shortly thereafter. Green arrived in the same black pickup as earlier observed operated. Green was being followed by a white BMW sedan. Green and the UC exited their vehicles and met in the area of the white BMW. Green provided the UC with a clear knotted plastic bag that contained approximately one ounce (28 grams) of a white crystal substance. The same later field tested positive for the presence of methamphetamine and found to weigh approximately 59.7 grams with the additional weight of the evidence packaging. Green stated it was an ounce. Green provided the substance to the UC in exchange for $950. Green asked the UC if the UC wanted another ounce and the UC declined.

At approximately this time, Green asked the UC if the UC wanted to meet his (Green) contact in case the UC was not able find him (Green). A Hispanic male then exited the white BMW and introduced himself to the UC as "Long beach" because he was from California. The same male also stated his name was Gil. Gil was later identified as Gilberto Gonzalez. Gonzalez then provided the UC with his telephone number and told the UC to call him whenever the UC needed any more, in reference to methamphetamine. The UC then departed.

Based on the above information, Special Agent ("SA") Joseph Gelinas believes that Reynaldo Green has distributed a total of approximately 80.69 grams of methamphetamine on three separate occasions to an undercover agent. On the third transaction, Green conspired with Gilbert Gonzalez to distribute approximately 28 grams of methamphetamine to an undercover agent.

Assistant United States Attorney Renee Camacho accepted this case for federal prosecution.

Dated this 25th day of May, 2016.

_____            _____
JOEL M. CARSON III                                                JOSEPH W. GELINAS
United States Magistrate Judge                            Special Agent